692

No. 466. DEPARTMENT OF BANKING OF NEBRASKA, RE-
CEIVER, v. PINK, SUPERINTENDENT OF INSURANCE. See
*ante,* p. 264.

No. 530. SWAN CARBURETOR CO. v. CHRYSLER CORPO-
RATION. December 21, 1942. Petition for writ of certio-
rari to the Circuit Court of Appeals for the Sixth Circuit
denied. MR. JUSTICE ROBERTS and MR. JUSTICE MURPHY
took no part in the consideration or decision of this ap-
plication. *Messrs. F. O. Richey, B. D. Watts,* and *H. F.
McNenny* for petitioner. *Mr. William J. Barnes* for re-
spondent.

No. 475. BERRY v. OHIO. December 21, 1942. Peti-
tion for writ of certiorari to the Supreme Court of Ohio
denied. *Mr. Parker Fulton* for petitioner. *Mr. Frank T.
Cullitan* for respondent.

No. 506. MARKS v. HOFFMAN, RECEIVER. December
21, 1942. Petition for writ of certiorari to the Circuit
Court of Harrison County, West Virginia, denied. *Messrs.
Charles C. Scott* and *Ray L. Strother* for petitioner.

No. 522. MACDONNELL v. BANK OF AMERICA ET AL.
December 21, 1942. Petition for writ of certiorari to the
Circuit Court of Appeals for the Ninth Circuit denied.
*Mr. Roy Leon Daily* for petitioner. *Mr. Claude A. Hope*
for respondents.

No. 527. BANKE ET AL. v. NOVADEL-AGENE CORPORA-
TION. December 21, 1942. Petition for writ of certiorari
to the Circuit Court of Appeals for the Sixth Circuit de-